# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:14-cv-00195 |
| TURNING POINT SOLUTIONS, LLC; | ) |
| SAM GALBO; and | ) |
| DOE 1-5, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that plaintiff Jorge Flores and defendant Turning Point Solutions, LLC have reached a settlement in the above-captioned case.  Plaintiff voluntarily dismisses the entire action with prejudice.

Date:  July 29, 2014

                                                         s/Robert Amador
                                              _____
                                              ROBERT AMADOR, ESQ.
                                              Attorney for Plaintiff JORGE FLORES
                                              Centennial Law Offices
                                              9452 Telephone Rd. 156
                                              Ventura, CA. 93004
                                              (888)308-1119 ext. 11
                                              R.Amador@centenniallawoffices.com

1